UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ICM INVESTMENT PARTNERS II, LLC,

                         Petitioner,                      25 **CIVIL** 0937 (JAV)

     -against-                              **JUDGMENT**

360 COMMERCIAL REAL ESTATE, LLC, et al.,

                        Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 1, 2025, the Petition is GRANTED, the January 9, 2025 arbitration award is CONFIRMED, and that the automatic stay on the execution of judgment is DISSOLVED pursuant to Rule 62(a). Judgment is entered in favor of Petitioners and against Respondents jointly and severally as follows: 1. Confirming the Award in all respects; 2. Awarding Petitioners $875,692.88 pursuant to the Award; 3. Awarding Petitioners post-award, pre-judgment interest in the amount of $13,435.27; and 4. Awarding Petitioners post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
         May 1, 2025

                                                       **TAMMI M. HELLWIG**
                                                           Clerk of Court

                                   **BY:**
                                                            **Deputy Clerk**